FILED
CLERK, U.S. DISTRICT COURT

November 5, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HALLISEY, an individual,<br><br>                          Plaintiffs,<br><br>v.<br><br>SILVER OAK SERVICES PARTNERS LLC et al.,<br><br>                          Defendants. | Case No. 5:21-CV-00697-SB (SPx)<br><br>Honorable Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>Complaint filed: February 24, 2021<br>Trial Date: May 23, 2022 |

**ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Upon consideration of the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. Pro. Rule 41,

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Defendant SILVER OAK SERVICES PARTNERS LLC; and dismissed without prejudice as to Defendants, ARTIC EMPLOYMENT SERVICES, INC., and ARTIC SERVICES, LLC; each party to bear his/her/its own attorneys' fees and costs. This ORDER is made as the matter has been resolved to the satisfaction of all parties.

IT IS SO ORDERED.

Dated:  November 5, 2021            _____
                                    STANLEY BLUMENFELD, JR.
                                    UNITED STATES DISTRICT JUDGE